FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
3003 North Central Avenue, Suite 2600
Phoenix, AZ  85012-2913
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com

FENNEMORE CRAIG, P.C.
George O. Krauja (No. 010964
One S. Church Avenue, Suite 1000
Tucson, AZ 85701-1627
Telephone:  (520) 879-6823
Email:  gkrauja@fclaw.com

Attorneys for Plaintiff
Raytheon Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Raytheon Company, a Delaware corporation, | No. CV-2010-00300-TUC-JMR |
|---|---|
| Plaintiff, | **REPLY TO COUNTERCLAIM** |
| v. | |
| TechnoSoft, Inc., an Ohio corporation, | |
| Defendant. | |
| TechnoSoft, Inc., | |
| Counterclaimant | |
| v. | |
| Raytheon Company, | |
| Counterdefendant. | |

Raytheon Company ("Raytheon") replies to the counterclaim as follows:

1. Answering paragraph 1, Raytheon admits it is a defense and aerospace systems supplier with 2009 revenue in excess of $24 billion and operating income in excess of $3 billion and employs world class people and technology supporting customer

2334930.1/78185.031

1  satisfaction and success.

2      2.    Raytheon lacks knowledge or information sufficient to form a belief as to
3  the allegations of paragraph 2.

4      3.    Answering paragraph 3, Raytheon admits TechnoSoft has received U.S.
5  Government contracts under the SBIR program.

6      4.    Raytheon admits that qualifying small business companies can partner with
7  larger defense contractors to perform work under U.S. Government SBIR contracts.
8  Raytheon denies the remaining allegations of paragraph 4.

9      5.    Raytheon admits U.S. Government SBIR contracts are phased as described
10 in paragraph 5.

11     6.    Raytheon admits the United States Missile Defense Agency ("MDA") is an
12 agency within the Department of Defense and that MDA awarded U.S. Government SBIR
13 contracts to TechnoSoft as alleged in paragraph 6.

14     7.    Answering paragraph 7, Raytheon admits radiation can affect electronic
15 systems requiring the use of shielding.

16     8.    Answering paragraph 8, Raytheon admits radiation analysis tools like TART
17 and MCNP were developed by government labs.

18     9.    Answering paragraph 9, Raytheon admits radiation analysis tools like TART
19 and MCNP do not accept CAD based outputs without an interface tool.

20     10.    Answering paragraph 10, Raytheon admits TopAct™ permits radiation
21 analysis tools like TART and MCNP to input CAD based outputs. Raytheon alleges the
22 problems giving rise to this litigation are unauthorized and uncompensated use of
23 proprietary TopAct™ technology by TechnoSoft and Technosoft's failure to pay for work
24 performed by Raytheon under a U.S. Government subcontract with Technosoft, as alleged
25 in the Complaint.

26     11.    Raytheon lacks knowledge or information sufficient to form a belief as to

2334930.1/78185.031

the allegations of paragraph 11.

12.     Answering paragraph 12, Raytheon admits MDA introduced TechnoSoft to Raytheon and alleges TopAct™ was an existing Raytheon technology when Raytheon and TechnoSoft were introduced.

13.     Answering paragraph 13, Raytheon admits it entered into a Sept. 2003 U.S. Government subcontract with TechnoSoft in Phase I of the MDA03-050 SBIR program.

14.     Answering paragraph 14, Raytheon admits MDA entered into a U.S. Government Phase II contract with TechnoSoft for the MDA03-050 SBIR program.

15.     Raytheon admits that on April 12, 2005 it entered into a fixed-priced U.S. Government subcontract with TechnoSoft for Phase II of the MDA03-050 SBIR program. Raytheon denies the remaining allegations of paragraph 15 and alleges the 2005 U.S. Government subcontract speaks for itself, and, as alleged in the Complaint ¶ 7, grants no rights in the TopAct™ software to TechnoSoft.

16.     Answering paragraph 16, Raytheon admits it worked with TechnoSoft to perform the 2005 U.S. Government Subcontract and has been paid in full for that work. Raytheon alleges no substantive product development related to TopAct™ occurred under the 2005 U.S. Government Subcontract.

17.     Answering paragraph 17, Raytheon admits some software was written under a 2006 U.S. Government subcontract with TechnoSoft merely to improve the ease of use of TopAct™.  Raytheon alleges TechnoSoft has no rights in TopAct™ Act pursuant to U.S. Government SBIR MDA03-050 or U.S. Government SBIR MDA04-111 as alleged in paragraph 8 of the Complaint.

18.     Answering paragraph 18, Raytheon admits TopAct™ once incorporated software code that was developed by Raytheon to interface with AML language licensed from TechnoSoft.

19.     Answering paragraph 19, Raytheon admits that TopAct™ software

1   previously interfaced with AML pursuant to a license from TechnoSoft as alleged in the
2   Complaint ¶ 11. Raytheon denies AML language was used in the development of the
3   current version of TopAct™ and alleges its prior use of AML language was licensed by
4   TechnoSoft.
5        20.   Raytheon lacks knowledge or information sufficient to form a belief as to
6   software developed by TechnoSoft since 1992. Raytheon denies the remaining allegations
7   of paragraph 20 and alleges the functionality currently provided by TopAct™ is provided
8   by either Raytheon proprietary software or licensed third party software, not by any
9   proprietary TechnoSoft software.
10       21.   Answering paragraph 21, Raytheon admits Exhibit 2 to TechnoSoft's
11  answer pertains to an "independent SBIR project" and that Raytheon entered into a 2006
12  U.S. Government Subcontract with TechnoSoft (Exhibit 3 to TechnoSoft's answer).
13       22.   Answering paragraph 22, Raytheon admits it entered into a 2006 U.S.
14  Government subcontract with TechnoSoft. Raytheon denies TechnoSoft performed the
15  2006 U.S. Government Subcontract. Raytheon alleges no rights in TopAct™ were
16  conveyed to TechnoSoft under the 2006 U.S. Government Subcontract.
17       23.   Raytheon denies the allegations of paragraph 23 and alleges TechnoSoft was
18  informed at least quarterly of the work performed by Raytheon.
19       24.   Raytheon denies the allegations of paragraph 24 and alleges Raytheon
20  provided the executable code for TopAct™ to TechnoSoft solely for delivery to MDA
21  pursuant to the terms of Technosoft's U.S. Government SBIR contract.
22       25.   Answering paragraph 25, Raytheon admits it licensed AML from
23  TechnoSoft.
24       26.   Raytheon denies the allegations of paragraph 26.
25       27.   Raytheon denies the allegations of paragraph 27.
26       28.   Raytheon admits it contracted to design systems for which the Raytheon

2334930.1/78185.031

- 4 -

proprietary TopAct™ software is applicable as alleged in the Complaint ¶ 44. Raytheon denies the remaining allegations of paragraph 28.

29. Answering paragraph 29, Raytheon admits it offered for sale patented TopAct™ software as alleged in the Complaint ¶ 22. Raytheon denies TopAct™ is proprietary to TechnoSoft and alleges TopAct™ is proprietary to Raytheon and any TopAct™ interface with AML was developed by Raytheon pursuant to a license from TechnoSoft.

## COUNT ONE

### (Breach of Contract)

30. Raytheon incorporates by reference the replies to the paragraphs 1-29.

31. Raytheon admits TechnoSoft provided AML licenses as alleged in paragraph 31.

32. Raytheon admits TechnoSoft provided AML licenses as alleged in paragraph 32.

33. Raytheon denies the allegations of paragraph 33 and alleges TechnoSoft entered into licenses with several national labs for use of AML in TopAct™.

34. Answering paragraph 34, Raytheon admits AML was used pursuant to licenses.

35. Answering paragraph 35, Raytheon denies TechnoSoft performed its contractual obligations to Raytheon.

36. Raytheon denies the allegations of paragraph 36.

37. Answering paragraph 37, Raytheon admits the TechnoSoft AML licenses were not limited to work under the U.S. Government subcontracts with TechnoSoft.

38. Raytheon denies the allegations of paragraph 38.

39. Raytheon denies the allegations of paragraph 39.

40. Raytheon denies the allegations of paragraph 40.

2334930.1/78185.031

1  41. Raytheon denies the allegations of paragraph 41.

**COUNT TWO**

**(Unjust Enrichment)**

42. Raytheon incorporates by reference the replies to paragraphs 1-41.

43. Raytheon denies the allegations of paragraph 43.

44. Raytheon denies the allegations of paragraph 44.

45. Raytheon denies the allegations of paragraph 45.

46. Raytheon denies the allegations of paragraph 46.

**COUNT THREE**

**(Declaratory Judgment of Rights in TopAct™ Software)**

47. Raytheon incorporates by reference the replies to paragraphs 1-46.

48. Raytheon denies the allegations of paragraph 48.

49. Raytheon admits it developed some severable TopAct™ software subroutines for the 2006 U.S. Government subcontract. Raytheon alleges the 2006 U.S. Government Subcontract did not convey any rights in the TopAct™ software to TechnoSoft and TopAct™ is proprietary to Raytheon.

50. Raytheon denies the allegations of paragraph 50.

51. Raytheon denies the allegations of paragraph 51 and alleges the critical algorithms in TopAct™ were written by Raytheon or provided by third parties and were not provided by TechnoSoft.

52. Raytheon denies the allegations of paragraph 52.

53. Raytheon denies every allegation of the Counterclaim not expressly admitted herein.

54. Raytheon asserts as affirmative defenses laches, estoppel, waiver, and license.

55. Counterclaim Count Three for declaratory relief under the 2004 U.S.

2334930.1/78185.031

Government SBIR contract and 2005 U.S. Government subcontract fails to state a claim upon which relief can be granted.

Wherefore, Raytheon prays for relief:

A. Dismissing the Counterclaim and entering judgment in favor of Raytheon;

B. Awarding Raytheon its costs and fees incurred; and

C. Awarding such other and further relief as the Court deems proper.

DATED this 9th day of August, 2010.

FENNEMORE CRAIG, P.C.

By *s/Ray K. Harris*
Ray K. Harris
George O. Krauja
Attorneys for Plaintiff/Counterdefendant
Raytheon Company

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Theresa H. Vella
Taft Stettinius & Hollister LLP
2375 East Camelback Road, Suite 500
Phoenix, Arizona 85016

W. Stuart Dornette
Ryan M. Bednarczuk
Taft Stettinius & Hollister LLP
426 Walnut Street
Cincinnati, OH 45202

*s/Melody Tolliver*

2334930.1/78185.031